# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: VERNITA K. EVERETT  
1504 HILLCREST ROAD  
ROCKFORD, IL  61108  

SSN-xxx-xx-4538

Case Number: 05-74192

Case filed on: 8/17/2005  
Plan Confirmed on: 3/3/2006  

D Dismissed

Total funds received and disbursed pursuant to the plan: $2,475.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | VERNITA K. EVERETT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CASH LOAN STORE | 712.50 | 500.00 | 500.00 | 39.62 |
|  | Total Secured | 712.50 | 500.00 | 500.00 | 39.62 |
| 001 | CASH LOAN STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ADVANCE AMERICA | 961.00 | 961.00 | 30.81 | 0.00 |
| 003 | ADVANCE CASH EXPRESS | 600.00 | 600.00 | 19.24 | 0.00 |
| 004 | ADVANCE CASH EXPRESS | 600.00 | 600.00 | 19.24 | 0.00 |
| 005 | AMERICASH LOANS LLC | 799.15 | 799.15 | 25.63 | 0.00 |
| 006 | C.B. ACCOUNTS INC | 24.85 | 24.85 | 0.79 | 0.00 |
| 007 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CONSUMER PORTFOLIO SERVICES | 7,019.42 | 7,019.42 | 225.07 | 0.00 |
| 009 | FRIEDMAN & WEXLER LLC #91761 | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | MCLEOD USA | 386.21 | 386.21 | 12.38 | 0.00 |
| 012 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NICOR GAS | 1,209.50 | 1,209.50 | 38.78 | 0.00 |
| 014 | ROCKFORD MERCANTILE AGENCY INC | 737.92 | 737.92 | 23.66 | 0.00 |
| 015 | ROYCE FINANCIAL | 420.00 | 420.00 | 13.47 | 0.00 |
| 016 | SBC CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | TALK AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | MEMBERS ALLIANCE CREDIT UNION | 406.28 | 406.28 | 13.03 | 0.00 |
|  | Total Unsecured | 13,164.33 | 13,164.33 | 422.10 | 0.00 |
|  | Grand Total: | 15,240.83 | 15,028.33 | 2,286.10 | 39.62 |

Total Paid Claimant: $2,325.72  
Trustee Allowance: $149.28  
Percent Paid Unsecured: 3.21  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008         By  /s/Heather M. Fagan